# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANCORA CATALYST INSTITUTIONAL, LP, <br><br> Plaintiff, <br><br> vs. <br><br> BLUCORA, INC., GEORGANNE C. PROCTOR, STEVEN ALDRICH, MARK ERNST, CAROL HAYLES, JOHN MACILWAINE, KARTHIK RAO, JANA SCHREUDER, CHRISTOPHER WALTERS AND MARY ZAPPONE, <br><br> Defendants. | Case No. 21-cv-00278-CFC <br><br> Hon. Colm F. Connolly |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that plaintiff Ancora Catalyst Institutional, LP, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), by its undersigned counsel, hereby withdraws the complaint in the above-captioned action, dated February 24, 2021, without prejudice.

OF COUNSEL:

Thomas J. Fleming
Lori Marks-Esterman
OLSHAN FROME WOLOSKY LLP
1325 Avenue of the Americas
New York, NY 10019
Tel: (212) 451-2300
Fax: (212)451-2222
TFleming@olshanlaw.com
lmarksesterman@olshanlaw.com

By: */s/ April M. Kirby*
A. Thompson Bayliss (#4379)
Adam K. Schulman (#5700)
April M. Kirby (#6152)
ABRAMS & BAYLISS LLP
20 Montchanin Road, Suite 200
Wilmington, Delaware 19807
Tel: (302) 778-1000
Fax: (302) 778-1001
bayliss@abramsbayliss.com
schulman@abramsbayliss.com
akirby@abramsbayliss.com

*Attorneys for Ancora Catalyst Institutional, LP*

Dated: May 10, 2021